UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



RONNIE L. COUSIN (#89334)

VERSUS

E. FERGUSON, ET AL.

CIVIL ACTION

NO. 08-663-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 12, 2008 (doc. no. 4). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and 42 U.S.C. § 1997e(e).

Baton Rouge, Louisiana, this 16th day of December, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA